**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**SHAMROCK GROUP OF
COMPANIES, LLC,** *et al.*                                                                   **PLAINTIFF**

**v.**                            **Case No. 2:19-cv-00167 KGB**

**NATIONWIDE MUTUAL
INSURANCE COMPANY**                                                          **DEFENDANT**

### ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 22). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party will bear its own costs. Based upon this dismissal, the Court denies as moot the pending motions (Dkt. Nos. 14, 20).

It is so ordered this 2nd day of September 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge